**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISON**

| | | |
|---|---|---|
| JAMES DAVID WILLIAMS, | ) | CASE NO. 1:24-cv-01676-JPC |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | REUBEN J. SHEPERD |
| GLOBAL SCREENING SOLUTIONS, INC., | ) | |
| | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is the Plaintiff's Unopposed Motion for Extension All Remaining Deadlines (ECF Doc. 48). Plaintiff requests a 30-day extension of all deadlines following an unsuccessful attempt to depose Plaintiff's prospective employer, non-party Greater Cleveland Regional Transit Authority on May 26, 2026. (*Id.* at p. 1).

Upon review, the motion is granted in part and there will be no further extension of case deadlines. The case management deadlines are extended as follows:

- Deadline to complete all non-expert discovery: July 15, 2026.

- Deadline for party with burden of proof on a claim or defense to disclose expert report(s): August 13, 2026.

- Deadline for responsive reports: September 14, 2026.

- Deadline to complete expert discovery: November 11, 2026.

1

- Deadline for filing dispositive motions on other matters: December 10, 2026.[1]

So ordered.

Dated: June 4, 2026

_____
REUBEN J. SHEPERD
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties should note that the dispositive motion deadline has not been extended and will not be extended past this date.